**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendant, COUNTY OF BUTTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN and ASHLEY HARTMAN,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MICHAEL SAMPSON; COUNTY OF BUTTE; CITY OF BIGGS; EAN HOLDINGS, INC.; and ENTERPRISE RENT-A-CAR,<br><br>            Defendants.<br>_____ / | No. 2:20-cv-1492 KJM DB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES** |

*{02755734.DOCX}*                                               1
STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES; ORDER

IT IS HEREBY STIPULATED by and between the parties, *through their respective counsel of record*:

1. The current deadline to complete non-expert discovery is September 23, 2022. Due to the number of the parties and the number of issues in the case, the parties will be unable to complete discovery by the current deadline despite their diligent efforts. Therefore, the parties agree the deadline to complete non-expert discovery should be continued by two months, to November 23, 2022.

2. The current deadline to disclose expert witnesses is October 21, 2022. The parties agree that the deadline to disclose expert witnesses should occur after the close of non-expert discovery. Given that the parties agree the non-expert discovery deadline should be continued to November 23, 2022, the parties also agree that the deadline to disclose expert witnesses should be continued to December 7, 2022, and the deadline to disclose supplemental/rebuttal experts shall be January 6, 2023.

3. The parties further agree that all other deadlines, including the deadline to complete expert discovery (February 24, 2023) and the deadline to file a dispositive motion (February 17, 2023) shall remain unchanged.

4. The parties agree there is good cause for the proposed modifications to the scheduling order referenced in paragraphs 1-3, above.

5. The proposed modifications to the scheduling order referenced in paragraphs 1-3, above, will not impact the Court's schedule, including the dispositive motion hearing deadline, currently set for March 24, 2023.

**IT IS SO STIPULATED.**

Date: July 21, 2022                    DEMAS LAW GROUP

                                       By   /s/ *Tim S. Spangler*
                                            Tim S. Spangler
                                            Attorneys for Plaintiff
                                            JASON HARTMAN

1  Date: July 25, 2022                    PORTER | SCOTT
2                                          A PROFESSIONAL CORPORATION
3
4                                          By   /s/ *William E. Camy*
                                                William E. Camy
5                                               Matthew W. Gross
                                                Attorneys for Defendant
6                                               COUNTY OF BUTTE
7
8  Date: July 21, 2022                    UNITED STATES ATTORNEY
9
10
11                                         By   /s/ *Brendon L. S. Hansen*
                                                Rachel R. Davidson
12                                              Brendon L.S. Hansen
                                                Attorneys for Defendant
13                                              UNITED STATES OF AMERICA
14
15 Date: July 21, 2022                    SELMAN BREITMAN LLP
16
17
18                                         By   /s/ *Jennifer J. Capabianco*
                                                Jennifer J. Capabianco
19                                              Attorneys for Defendant
                                                UNITED STATES OF AMERICA
20

**ORDER**

Having reviewed the above stipulation, and good cause appearing, it is hereby ordered as follows:

1. The deadline to complete non-expert discovery is continued to November 23, 2022.
2. The deadline to disclose expert witnesses is continued to December 7, 2022.
3. The deadline to disclose supplemental/rebuttal expert witnesses is continued to January 6, 2023.
4. All other deadlines previously set forth in the Court's scheduling order remain unchanged.

**IT IS SO ORDERED.**

DATED: July 25, 2022                    /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE