**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

*Attorneys for Defendant,* COUNTY OF BUTTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN and ASHLEY HARTMAN, | Case No.: 2:20-cv-01492-KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER TO VACATE CURRENT SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA; MICHAEL SAMPSON; COUNTY OF BUTTE; CITY OF BIGGS; EAN HOLDINGS, INC.; and ENTERPRISE RENT-A-CAR, | Complaint Filed: 07/23/2020 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, *through their respective counsel of record*:

1. The current deadline to complete non-expert discovery is November 23, 2022.
2. The current deadline to disclose expert witnesses is December 7, 2022. The current deadline to complete expert discovery is February 24, 2023.
3. The deadline to file a dispositive motion is February 17, 2023.
4. Plaintiff will be filing a Motion for Leave to Amend his Complaint ("Motion") to add Clint Moffit as a Defendant. The Motion will be scheduled to be heard on November 4, 2022. Defendants will not oppose the Motion.
5. If/when Mr. Moffit is added as a Defendant, the parties will need additional time to conduct discovery. Specifically, the existing parties will need time to explore Mr. Moffit's potential liability and Mr. Moffit will need time to explore his potential risk of liability, defenses, and Plaintiff's damages. Further, the parties' experts will need to evaluate any new information learned during the additional discovery before completing their opinions. Therefore, the deadlines for discovery and expert disclosures and discovery need to be extended.
6. Discovery and expert discovery need to be substantially completed before the deadline for the parties to file a dispositive motion.
7. Given the foregoing, the parties request the Court vacate the current scheduling order. The parties further request the Court issue an Order that the parties must file a Joint Status Report, including proposed new deadlines for non-expert discovery, expert disclosures, expert discovery, and filing a dispositive motion no later than 28 days after (1) Mr. Moffit files an appearance in the case or (2) the Court issues an Order denying Plaintiff's Motion for Leave to Amend.
8. The parties agree there is good cause for the proposed modifications to the scheduling order referenced in paragraphs 1-7, above.

**IT IS SO STIPULATED.**

Date: September 26, 2022      DEMAS LAW GROUP

By  /s/ *Tim S. Spangler*
    Tim S. Spangler
    Attorneys for Plaintiff
    JASON HARTMAN

Date: October 25, 2022        PORTER | SCOTT
                              A PROFESSIONAL CORPORATION

By   /s/ *William E. Camy*
    William E. Camy
    Matthew W. Gross
    Attorneys for Defendant
    COUNTY OF BUTTE

Date: September 26, 2022      UNITED STATES ATTORNEY

By  /s/ *Brendon L. S. Hansen*
    Rachel R. Davidson
    Brendon L.S. Hansen
    Attorneys for Defendant
    UNITED STATES OF AMERICA

Date: September 26, 2022      SELMAN BREITMAN LLP

By  /s/ *Jennifer J. Capabianco*
    Jennifer J. Capabianco
    Attorneys for Defendant
    UNITED STATES OF AMERICA

# ORDER

Having reviewed the above stipulation, issued an order resolving plaintiff's motion to amend the complaint, and good cause appearing, it is hereby ordered as follows:

1. The current dates set in this case, including the deadlines to complete non-expert discovery, disclose experts, complete expert discovery, and file a dispositive motion are hereby VACATED.
2. The parties shall file a Joint Status Report including proposed new deadlines for non-expert discovery, expert disclosures, expert discovery, and filing a dispositive motion no later than 28 days after Mr. Moffit files an appearance in the case.

**IT IS SO ORDERED.**

Dated: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE