# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Hartman,<br><br>                Plaintiff,<br><br>    v.<br><br>United States of America, et al.,<br><br>                Defendants. | No. 2:20-cv-01492-KJM-DB<br><br>ORDER |

The court has reviewed the parties' joint status report (ECF No. 56) and issues the following further scheduling order:

(1) Fact discovery shall be completed by July 26, 2023.

(2) Expert disclosure shall be completed by August 30, 2023.

(3) Rebuttal expert witnesses shall be disclosed by September 27, 2023.

(4) Expert discovery shall be completed by October 31, 2023.

(5) Dispositive motions shall be **heard** by January 26, 2024. The parties are cautioned that this deadline may not correspond with an available civil law and motion hearing date.

The court will set dates for trial and a final pretrial conference as necessary after the deadline for dispositive motions passes. The parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP)

prior to any final pretrial conference.  The parties shall file said notification or request for referral jointly, in writing.  Motions regarding discovery shall be noticed before the Magistrate Judge, as provided by Local Rule 302(c).  The dates and deadlines in this order will not be modified without court approval and a showing of good cause.  The provisions of this court's standing order and standing scheduling order remain in force.

    IT IS SO ORDERED.

DATED:  January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE