1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEMAS LAW GROUP, P.C.**
John N. Demas, Attorney at Law, SBN 161563
Tim S. Spangler, Attorney at Law, SBN 168163
701 Howe Avenue, Suite A-1
Sacramento, CA 95825
Tel:  (916) 444-0100
Fax:  (916) 444-8250

Attorney for Plaintiff,
JASON HARTMAN

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>COUNTY OF BUTTE; and CLINT<br>MOFFIT,<br><br>        Defendants. | No.  2:20-cv-1492 KJM DB<br><br>**STIPULATION AND PROTECTIVE ORDER RE: SECOND DEPOSITIONS OF WITNESSES PREVIOUSLY DEPOSED** |

IT IS HEREBY STIPULATED by and between the parties*, through their respective counsel of record*:

1.      Defendant Clint Moffit was not a party to the case at the time that multiple depositions were taken in this matter.  As a result, Defendant Moffit has the right to take the depositions of individuals who were deposed before he was a party to the case.

2.      The parties seek to place reasonable limitations on the scope of these further depositions.

**1**

**STIPULATION AND PROTECTIVE ORDER RE: SECOND DEPOSITIONS OF WITNESSES PREVIOUSLY DEPOSED**

3.      With respect to counsel for parties who previously had an opportunity to question the deponent, the parties agree that counsel may not question the witness regarding matters on which the deponent was previously questioned at his or her first deposition, except for questions designed to reasonably follow up on, or clarify, testimony on such matters elicited through questioning by counsel for Defendant Clint Moffit. Counsel may question the witness regarding matters or events occurring after the date of the first deposition.  This stipulation is not intended to limit counsel defending the deposition from making objections that he or she deems necessary and appropriate.

4.      With respect to counsel for Clint Moffit, counsel will carefully review the prior deposition testimony of all deponents who are to be re-deposed and use reasonable efforts to avoid questioning the deponent regarding matters that were previously covered, except for questions reasonably designed to follow up on, or clarify, matters on which the deponent was previously questioned, or to direct the question more specifically toward the interests of Mr. Moffit.  Counsel may question the witness regarding matters or events occurring after the date of the first deposition.  This stipulation is not intended to limit counsel defending the deposition from making objections that he or she deems necessary and appropriate.

SO STIPULATED.


DATED: May 15, 2023                    DEMAS LAW GROUP, P.C.


                                       BY: */s/ Tim S. Spangler*
                                            Tim S. Spangler
                                            Attorney for Plaintiff
                                            JASON HARTMAN



///

///

///

**STIPULATION AND PROTECTIVE ORDER RE: SECOND DEPOSITIONS OF WITNESSES PREVIOUSLY DEPOSED**

1    Date: May 18, 2023                    PORTER | SCOTT
2                                          A PROFESSIONAL CORPORATION

3

4                                          BY: */s/ William E. Camy*
                                               William E. Camy
5                                              Matthew W. Gross
                                               Attorneys for Defendant
6                                              COUNTY OF BUTTE

7

8
     Date: May 15, 2023                    UNITED STATES ATTORNEY
9

10

11                                         BY:  */s/ Brendon L.S. Hansen*
                                                Rachel R. Davidson
12                                              Brendon L.S. Hansen
                                                Attorneys for Defendant
13                                              UNITED STATES OF AMERICA
14

15

16   Date: May 15, 2023                    HAWKINS PARNELL & YOUNG, LLP

17

18

19                                         BY:  */s/ Jennifer J. Capabianco*
                                                Jennifer J. Capabianco
20                                              Attorneys for Defendant
                                                UNITED STATES OF AMERICA
21

22   Date: May 15, 2023                    KOELLER NEBEKER CARLSON HALUCK
                                           LLP
23

24

25                                         BY: */s/ Kimberly J. Black*
                                               Kimberly J. Black
26                                             Attorneys for Defendant
                                               CLINT MOFFITT
27

28

                                         **3**

**STIPULATION AND PROTECTIVE ORDER RE: SECOND DEPOSITIONS OF WITNESSES
PREVIOUSLY DEPOSED**

## *ORDER*

Having reviewed the above stipulation, and good cause appearing, it is hereby ordered as follows:

1.     As to counsel for all parties other than Clint Moffit: Counsel may not question the witness regarding matters on which the deponent was previously questioned at his or her first deposition, except for questions designed to reasonably follow up on, or clarify, testimony on such matters elicited through questioning by counsel for Defendant Clint Moffit.

2.     As to counsel for Clint Moffitt: Counsel will carefully review the prior deposition testimony of all deponents who are to be re-deposed and use reasonable efforts to avoid questioning the deponent regarding matters that were previously covered, except for questions reasonably designed to follow up on, or clarify, matters on which the deponent was previously questioned, or to direct the question more specifically toward the interests of Mr. Moffit.

3.     All Counsel may question the witness regarding matters or events occurring after the date of the first deposition.

4.     Counsel defending the deposition is not limited in making objections that he or she deems necessary and appropriate.

**IT IS SO ORDERED.**

DATED: May 18 2023                    /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

**4**

**STIPULATION AND PROTECTIVE ORDER RE: SECOND DEPOSITIONS OF WITNESSES PREVIOUSLY DEPOSED**