PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2731
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, COUNTY OF BUTTE, AND CLINT MOFFITT,<br><br>            Defendants. | Case No. 2:20-cv-01492-KJM-DB<br><br>**ORDER TO VACATE AND<br>RE-SET THE SCHEDULING ORDER** |

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF No. 62) and issues the following further scheduling order:

1.    Fact discovery shall be completed by December 17, 2023.

2.    Expert disclosure shall be completed by January 19, 2024.

3.    Rebuttal expert witnesses shall be disclosed by February 16, 2024.

4.    Expert discovery shall be completed by March 15, 2024.

5.    Dispositive motions shall be heard by June 14, 2024.  The parties are cautioned that this deadline may not correspond with an available civil law and motion hearing date.

IT IS SO ORDERED.

DATED: July 12, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE