**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
Bstephens@buttecounty.net

Attorneys for Defendant, COUNTY OF BUTTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN, | Case No.: 2:20-cv-01492-KJM-DB |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES; ORDER** |
| v. | |
| UNITED STATES OF AMERICA; COUNTY OF BUTTE; and CLINT MOFFITT, | |
| Defendants. | Complaint Filed: 07/23/2020<br>FAC Filed: 10/27/2022 |

IT IS HEREBY STIPULATED by and between the parties, *through their respective counsel of record*:

1. Non-expert discovery is completed.

2. One of Defendant UNITED STATES OF AMERICA's retained consultants, who Defendant UNITED STATES OF AMERICA intended to disclose as an expert witness in this case, recently became deceased. Therefore, Defendant UNITED STATES OF AMERICA needs to identify and retain a replacement expert. Furthermore, that person will need a reasonable amount of time to review materials, formulate his or her opinion(s), and author a report pursuant to Federal Rule of Civil Procedure Rule 26.

3. The current deadline to disclose expert witnesses is January 19, 2024. Given the foregoing, the parties agree that the deadline to disclose expert witnesses should be continued by approximately four months, to May 17, 2024, and the deadline to disclose supplemental/rebuttal experts shall be June 17, 2024.

4. The parties further agree that other deadlines will need to be continued to accommodate the delay in the disclosure of expert witnesses, including the deadline to complete expert discovery (currently March 15, 2024) and the deadline to file a dispositive motion (currently May 10, 2024). The parties request those deadlines also be continued approximately four months, rendering the new deadline to complete the discovery of expert witnesses to be July 19, 2024, and the new deadline to file a dispositive motion to be September 13, 2024. The parties further request the deadline to hear dispositive motions (currently set for June 14, 2024) be continued to November 1, 2024.

5. The parties agree there is good cause for the proposed modifications to the scheduling order referenced in paragraphs 1-4, above.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

Date: January 8, 2024                       DEMAS LAW GROUP


                                            By   /s/ *Tim S. Spangler*
                                                  Tim S. Spangler
                                                  Attorneys for Plaintiff
                                                  JASON HARTMAN


Date: January 10, 2024                             PORTER | SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By    /s/ *William E. Camy*
                                                  William E. Camy
                                                  Matthew W. Gross
                                                  Attorneys for Defendant
                                                  COUNTY OF BUTTE


Date: January 8, 2024                       UNITED STATES ATTORNEY


                                            By   /s/ *Brendon L. S. Hansen*
                                                  Rachel R. Davidson
                                                  Brendon L.S. Hansen
                                                  Attorneys for Defendant
                                                  UNITED STATES OF AMERICA


Date: January 8, 2024                       HAWKINS PARNELL & YOUNG, LLP


                                            By   /s/ *Jennifer J. Capabianco*
                                                  Jennifer J. Capabianco
                                                  Attorneys for Defendant
                                                  UNITED STATES OF AMERICA


Date: January 8, 2024                       KOELLER, NEBEKER, CARLSON & HALUCK, LLP




                                            By   /s/ *Kimberly J. Black*
                                                  Kimberly J. Black
                                                  Attorney for Clint Moffitt

**ORDER**

Having reviewed the above stipulation, and good cause appearing, it is hereby ordered as follows:

1. The deadline to disclose expert witnesses is continued to May 17, 2024.
2. The deadline to disclose supplemental/rebuttal expert witnesses is continued to June 17, 2024.
3. The deadline to complete expert discovery is continued to July 19, 2024.
4. The deadline to file a dispositive motion is continued to September 13, 2024.
5. The deadline to hear a dispositive motion is continued to November 1, 2024. The parties are cautioned that this deadline may not correspond with an available civil law and motion hearing date.
6. All other deadlines previously set forth in the Court's scheduling order remain unchanged.

**IT IS SO ORDERED.**

Dated: January 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE