**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
Bstephens@buttecounty.net

Attorneys for Defendant, COUNTY OF BUTTE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON HARTMAN, | Case No.: 2:20-cv-01492-KJM-DB |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES; ORDER** |
| v. | |
| UNITED STATES OF AMERICA; COUNTY OF BUTTE; and CLINT MOFFITT, | |
| Defendants. | Complaint Filed: 07/23/2020<br>FAC Filed: 10/27/2022 |

IT IS HEREBY STIPULATED by and between the parties, *through their respective counsel of record*:

1. Non-expert discovery is completed.

2. Defendants COUNTY OF BUTTE and UNITED STATES OF AMERICA retained consultants, who Defendants COUNTY OF BUTTE and UNITED STATES OF AMERICA intended to disclose as an expert witness in this case, recently became deceased. Therefore, Defendants COUNTY OF BUTTE and UNITED STATES OF AMERICA needs to identify and retain a replacement expert. Furthermore, that person will need a reasonable amount of time to review materials, formulate his or her opinion(s), and author a report pursuant to Federal Rule of Civil Procedure Rule 26.

3. The current deadline to disclose expert witnesses is May 17, 2024. Given the foregoing, the parties agree that the deadline to disclose expert witnesses should be continued by approximately four months, to September 20, 2024, and the deadline to disclose supplemental/rebuttal experts shall be October 21, 2024.

4. The parties further agree that other deadlines will need to be continued to accommodate the delay in the disclosure of expert witnesses, including the deadline to complete expert discovery (currently July 19, 2024) and the deadline to file a dispositive motion (currently September 27, 2024). The parties request those deadlines also be continued approximately four months, rendering the new deadline to complete the discovery of expert witnesses to be November 21, 2024, and the new deadline to file a dispositive motion to be January 28, 2025. The parties further request the deadline to hear dispositive motions (currently set for November 1, 2024) be continued to March 20, 2025.

5. The parties agree there is good cause for the proposed modifications to the scheduling order referenced in paragraphs 1-4, above.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: May 8, 2024 | DEMAS LAW GROUP |
| 3 | | |
| 4 | | By /s/ *Tim S. Spangler* |
| | | Tim S. Spangler |
| 5 | | Attorneys for Plaintiff |
| | | JASON HARTMAN |
| 6 | | |
| 7 | Date: May 16, 2024 | PORTER | SCOTT |
| 8 | | A PROFESSIONAL CORPORATION |
| 9 | | |
| 10 | | By /s/ *Matthew W. Gross* |
| | | William E. Camy |
| 11 | | Matthew W. Gross |
| | | Attorneys for Defendant |
| 12 | | COUNTY OF BUTTE |
| 13 | | |
| 14 | Date: May 8, 2024 | UNITED STATES ATTORNEY |
| 15 | | |
| 16 | | By /s/ *Brendon L. S. Hansen* |
| | | Rachel R. Davidson |
| 17 | | Brendon L.S. Hansen |
| | | Attorneys for Defendant |
| 18 | | UNITED STATES OF AMERICA |
| 19 | | |
| 20 | Date: May 8, 2024 | HAWKINS PARNELL & YOUNG, LLP |
| 21 | | |
| 22 | | By /s/ *Jennifer J. Capabianco* |
| | | Jennifer J. Capabianco |
| 23 | | Attorneys for Defendant |
| 24 | | UNITED STATES OF AMERICA |
| 25 | | |
| 26 | Date: May 8, 2024 | KOELLER NEBEKER CARLSON HALUCK |
| 27 | | |
| 28 | | By /s/ *Kimberly J. Black* |
| | | Kimberly J. Black |
| | | Attorneys for Defendant |
| | | CLINT MOFFITT |

# **ORDER**

Having reviewed the above stipulation, and good cause appearing, it is hereby ordered as follows:

1. The deadline to disclose expert witnesses is continued to September 20, 2024.
2. The deadline to disclose supplemental/rebuttal expert witnesses is continued to October 21, 2024.
3. The deadline to complete expert discovery is continued to November 21, 2024.
4. The deadline to file a dispositive motion is continued to January 28, 2025.
5. The deadline to hear a dispositive motion is continued to March 20, 2025.
6. All other deadlines previously set forth in the Court's scheduling order remain unchanged.

**IT IS SO ORDERED.**

Dated:  May 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE