PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      Brendon.Hansen@usdoj.gov
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON HARTMAN, | Case No. 2:20-cv-01492-KJM-SCR |
|---|---|
| Plaintiffs, | **ORDER VACATING AND RE-SETTING THE SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, COUNTY OF BUTTE, AND CLINT MOFFITT, | |
| Defendants. | |

## ORDER

Having reviewed the parties' stipulation, and good cause appearing, the Court orders:

1. The Scheduling Order in ECF No. 68 is vacated.

2. The Court sets the following Scheduling:

| Deadline | |
|---|---|
| Deadline to disclose supplemental/rebuttal expert witness disclosure | November 21, 2024 |
| Deadline to complete expert discovery | April 18, 2025 |
| Deadline to file dispositive motions | June 20, 2025 |
| Deadline to hear dispositive motions | August 21, 2025 |

IT IS SO ORDERED.

DATED: October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE