**DEMAS LAW GROUP, P.C.**
John N. Demas, Attorney at Law, SBN 161563
Tim S. Spangler, Attorney at Law, SBN 168163
701 Howe Avenue, Suite A-1
Sacramento, CA 95825
E-mail: tss@demaslawgroup.com
Tel:  (916) 444-0100
Fax:  (916) 436-5027

Attorney for Plaintiff,
JASON HARTMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, COUNTY OF BUTTE, and CLINT MOFFITT,<br><br>    Defendants. | Case No. 2:20-cv-01492-DC-SCR<br><br>**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME FOR THE FILING OF DISPOSITIONAL DOCUMENTS AS TO CLAIMS AGAINST DEFENDANT COUNTY OF BUTTE** |

Pursuant to the Court's Order granting Defendant County of Butte's Motion for Good Faith Settlement (Doc. No. 86), Plaintiff was to file dispositional documents as to Plaintiff's claims against Defendant County of Butte within fourteen (14) days of the date of the entry of the Court's order. However, Plaintiff is considering a structured settlement to be funded by the settlement proceeds to be paid by Defendant County of Butte. Given that the dispositional documents (i.e. a request for dismissal) are not typically filed until after the settlement proceeds have been paid, and the structured settlement must be put in place before payment is made, Plaintiff seeks an additional 60 days to explore structured settlement options and provide direction to Defendant County of Butte before the dispositional documents are filed. Defendant County of Butte does

1

**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME FOR THE FILING OF DISPOSITIONAL DOCUMENTS AS TO CLAIMS AGAINST DEFENDANT COUNTY OF BUTTE**

1  not oppose the requested extension of time.

2

3  DATED: April 28, 2025                    **DEMAS LAW GROUP, P.C.**

4                                   BY:  */s/Tim S. Spangler*
                                        TIM S. SPANGLER
5                                        Attorney for Plaintiff,
                                        JASON HARTMAN
6

2

**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME FOR THE FILING OF DISPOSITIONAL DOCUMENTS AS TO CLAIMS AGAINST DEFENDANT COUNTY OF BUTTE**